# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 3, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

144979(46)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

DEVON DECARLOS GLENN, JR.,
      Defendant-Appellee.

_____

SC: 144979
COA: 302293
Jackson CC: 09-005862-FC

      On order of the Chief Justice, the motion by David Scott Farnan for leave to file a brief *amicus curiae* in this case is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 3, 2013

_____
Clerk